IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 07 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| HIRAM ROMERO, SILVIA MEYERS, and JOSE PINEDA, individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE VILLAGE OF MOUNT PROSPECT; THE MOUNT PROSPECT POLICE DEPARTMENT; RONALD PAVLOCK, individually and in his official capacity as Chief of the Mount Prospect Police Department; OFFICER TIMOTHY JANOWICK; OFFICER JAVIER MARTINEZ; OFFICER JOSEPH FAVIA; OFFICER FRANK RAUS, and other presently unknown officers of the Mount Prospect Police Department in their individual capacities, <br><br> Defendants. | No. 00 C 0861 <br><br> Judge Zagel |

DOCKETED
NOV 08 2002

## NOTICE OF FILING

TO: See attached Service List

**PLEASE TAKE NOTICE** that on November 7, 2002, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, Chicago, Illinois, the Joint Motion for Preliminary approval and Certification of Class for Settlement Purposes.

A copy is attached hereto and herewith served upon you.

_____
JAMES G. SOTOS, One of the
Attorneys for the Defendants

JAMES G. SOTOS
KIMBERLY D. FAHRBACH
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-4109
(630) 773-4774

STATE OF ILLINOIS )
) SS.
COUNTY OF DUPAGE )

## PROOF OF SERVICE

I, Kathryn D. Mayer, a non-attorney, on oath, state: I served this Notice of Filing and its attachment on the attorneys of record, as shown, by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at 333 Pierce Road, Itasca, IL 60143, on November 7, 2002, by 5:00 p.m.

_Kathryn D. Mayer_
Kathryn D. Mayer

SUBSCRIBED and SWORN to before

me this 7th day of November 2002.

_Linda P. Budner_
NOTARY PUBLIC

OFFICIAL SEAL
LINDA R BUDNER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 05/08/06

2

## SERVICE LIST

*Romero v. Village of Mt. Prospect*
Case No. 00 C 0861
Our File No. 0706.2


Mr. William Kurnik
Knight, Hoppe, Kurnik & Knight, L.L.C.
2860 River Road, Suite 400
Des Plaines, IL 60018

Mr. Manuel Sanchez
Sanchez & Daniels
333 West Wacker Drive, Suite 500
Chicago, IL 60606

Mr. Stephen R. Miller
Mr. Jason M. Sax
Ms. Laura L. Scarry
Myers & Miller
111 West Washington, Suite 1247
Chicago, IL 60602

Mr. Terry Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL 60514

Mr. Gustavo Munoz
Mr. Peter Wilkes
Munoz & Wilkes
7557 West 63rd Street
Summit, IL 60501

Mr. Steven C. Rueckert
Steven C. Rueckert Law Offices
Suite 1410
53 West Jackson Boulevard
Chicago, IL 60604

Mr. Everette Hill
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, IL 60606-2903

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED NOV 0 7 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
NOV 0 8 2002

| | |
|---|---|
| HIRAM ROMERO, SILVIA MEYERS, and JOSE PINEDA, individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE VILLAGE OF MOUNT PROSPECT; THE MOUNT PROSPECT POLICE DEPARTMENT; RONALD PAVLOCK, individually and in his official capacity as Chief of the Mount Prospect Police Department; OFFICER TIMOTHY JANOWICK; OFFICER JOSEPH FAVIA; OFFICER FRANK RAUS, and other presently unknown officers of the Mount Prospect Police Department in their individual capacities,<br><br>Defendants. | No. 00 C 0861<br><br>Judge Zagel |

**JOINT MOTION FOR PRELIMINARY APPROVAL AND CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES**

NOW COME Plaintiffs, HIRAM ROMERO, SILVIA MEYERS, and JOSE PINEDA, individually and on behalf of all persons similarly situated, by and through their attorney, GUSTAVO MUNOZ of MUNOZ & WILKES, LTD., and Defendant, VILLAGE OF MOUNT PROSPECT, by and through their attorneys, JAMES G. SOTOS and KIMBERLY D. FAHRBACH of HERVAS, SOTOS, CONDON & BERSANI, P.C., and move this Court to enter the Parties' Order Preliminarily Approving the Settlement and Approving Form and Manner of Notice. In support of this motion, the Parties state the following:

1. Plaintiffs filed this class action alleging that the Defendant Village has a policy of illegally stopping, detaining, and issuing traffic tickets to motorists of Hispanic origin in order to achieve departmental arrest quotas and meet departmental performance standards.

2. Defendant has denied that it engages in such a policy or practice and has denied any wrongdoing or legal liability, but nonetheless has agreed to enter into the settlement in order to put to rest all controversy and to avoid further expense and the burden of litigation.

3. On November 5, 2002, the parties entered into a Settlement Agreement, attached hereto as Exhibit A.

4. Plaintiffs' Counsel are satisfied that the terms and conditions of the Settlement Agreement are fair, reasonable, and adequate, and that a settlement of this action is in the best interests of the Plaintiff class members, after taking into account the risks involved in establishing any right of the Class Plaintiffs to recover damages and the amount of potential damages, together with the likelihood that this litigation, if not settled now, will be very protracted and expensive.

5. The parties have submitted a Preliminary Approval Order to this Court:

   a. Preliminarily approving this Agreement, including a preliminary finding that its terms are fair, reasonable, adequate, and in the best interests of the Class as a whole, and that its terms satisfy Federal Rule of Civil Procedure 23(e) and due process requirements;

   b. Determining that the Court has jurisdiction over the Action and the Parties;

   c. Certifying the Class for purposes of settlement only, pursuant to Federal Rule of Civil Procedure 23(c);

   d. Directing Defendant's Counsel to cause Notice to be made to potential Class Members under a specified procedure that constitutes the best notice practicable under the circumstances;

2

      e.    Scheduling a Fairness Hearing to determine the fairness, reasonableness, and adequacy of the Settlement and whether the Final Order and Judgment should be entered; and

      f.    Pending the Effective Date, enjoining all the members of the Class from instituting, commencing, or prosecuting any action against Defendant based upon or relating to the Released Claims.

6.    The Parties' Preliminary Order describes in more detail the above elements.

WHEREFORE, the Parties respectfully request that this Court certify the class for purposes of settlement, preliminarily approve the Settlement Agreement, and approve the form and manner of notice as set forth in the Parties' Order Preliminarily Approving Settlement and Approving Form and Manner of Notice.

_/s/ James G. Sotos_
JAMES G. SOTOS, One of the
Attorneys for the Defendants

MR. GUSTAVO MUNOZ
PETER J. WILKES
MUNOZ & WILKES
7557 West 63rd Street
Summit, IL 60501
(708) 924-9004

MR. STEVEN C. RUECKERT
STEVEN C. RUECKERT LAW OFFICES
Suite 1410
53 West Jackson Boulevard
Chicago, IL 60604
(312) 346-2550

JAMES G. SOTOS
KIMBERLY D. FAHRBACH
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
P. O. Box 4109
Itasca, IL 60143-4109
(630) 773-4774

# SEE CASE FILE FOR EXHIBITS