**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
DEC 2 0 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| HIRAM ROMERO, SILVIA MEYERS, and JOSE PINEDA, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 00 C 0861 |
| THE VILLAGE OF MOUNT PROSPECT; THE MOUNT PROSPECT POLICE DEPARTMENT; RONALD PAVLOCK, individually and in his official capacity as Chief of the Mount Prospect Police Department; OFFICER TIMOTHY JANOWICK; OFFICER JAVIER MARTINEZ; OFFICER JOSEPH FAVIA; OFFICER FRANK RAUS, and other presently unknown officers of the Mount Prospect Police Department in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Zagel |
| Defendants. | ) | |

DOCKETED
DEC 2 3 2002

## NOTICE OF FILING

TO:   See attached Service List

**PLEASE TAKE NOTICE** that on December 20, 2002, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, Chicago, Illinois, the Affidavit of Compliance.

A copy is attached hereto and herewith served upon you.

KIMBERLY D. FAHRBACH, One of the
Attorneys for the Defendants

JAMES G. SOTOS
KIMBERLY D. FAHRBACH
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-4109
(630) 773-4774

51

STATE OF ILLINOIS )
                     ) SS.
COUNTY OF DUPAGE )

### PROOF OF SERVICE

I, Kathryn D. Mayer, a non-attorney, on oath, state: I served this Notice of Filing and its attachment on the attorneys of record, as shown, by depositing copies of same, with the proper postage prepaid, in the U.S. Mail at 333 Pierce Road, Itasca, IL 60143, on December 19, 2002, by 5:00 p.m.

Kathryn D. Mayer

SUBSCRIBED and SWORN to before

me this 19th day of December 2002.

NOTARY PUBLIC

"OFFICIAL SEAL"
MEGAN E. GREALISH
Notary Public, State of Illinois
My Commission Exp. 02/21/2005

2

## SERVICE LIST

*Romero v. Village of Mt. Prospect*
Case No. 00 C 0861
Our File No. 0706.2


Mr. William Kurnik
Knight, Hoppe, Kurnik & Knight, L.L.C.
2860 River Road, Suite 400
Des Plaines, IL  60018


Mr. Manuel Sanchez
Sanchez & Daniels
333 West Wacker Drive, Suite 500
Chicago, IL  60606


Mr. Stephen R. Miller
Mr. Jason M. Sax
Ms. Laura L. Scarry
Myers & Miller
111 West Washington, Suite 1247
Chicago, IL  60602


Mr. Terry Ekl
Connolly, Ekl & Williams, P.C.
115 West 55th Street, Suite 400
Clarendon Hills, IL  60514


Mr. Gustavo Munoz
Mr. Peter Wilkes
Munoz & Wilkes
7557 West 63rd Street
Summit, IL  60501


Mr. Steven C. Rueckert
Steven C. Rueckert Law Offices
Suite 1410
53 West Jackson Boulevard
Chicago, IL  60604


Mr. Everette Hill
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive, Suite 1660
Chicago, IL  60606-2903

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

DEC 2 0 2002

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

|  |  |  |
|---|---|---|
| HIRAM ROMERO, SILVIA MEYERS, and JOSE PINEDA, individually and on behalf of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | No. 00 C 0861 |
| THE VILLAGE OF MOUNT PROSPECT; THE MOUNT PROSPECT POLICE DEPARTMENT; RONALD PAVLOCK, individually and in his official capacity as Chief of the Mount Prospect Police Department; OFFICER TIMOTHY JANOWICK; OFFICER JAVIER MARTINEZ; OFFICER JOSEPH FAVIA; OFFICER FRANK RAUS, and other presently unknown officers of the Mount Prospect Police Department in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Zagel |
| Defendants. | ) ) | |

DOCKETED
DEC 2 3 2002

**AFFIDAVIT OF COMPLIANCE**

1. The undersigned is one of the attorneys for Defendant.

2. Pursuant to the settlement agreement in the above-captioned matter, I caused notice to be made in the following manner:

3. On December 9, 2002, claim forms and notice (English and Spanish) were mailed first class to the potential class members.

4. From December 9, 2002, to December 13, 2002, notice of the proposed settlement (English version) was posted in the *Chicago Daily Law Bulletin.*

5. On December 8, 2002, notice of the proposed settlement (Spanish version) was posted in *La Raza* newspaper.

6. Due to the publication schedule of *La Raza*, the notice could not be run for five consecutive days (December 9, 2002, to December 13, 2002). Therefore, *La Raza* will run the

51

notice of proposed settlement for three consecutive weekends: December 8, 2002, December 15, 2002, and December 22, 2002.

KIMBERLY D. FAHRBACH, One of the
Attorneys for the Defendants

JAMES G. SOTOS
KIMBERLY D. FAHRBACH
HERVAS, SOTOS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
P. O. Box 4109
Itasca, IL 60143-4109
(630) 773-4774

2